**Order filed February 28, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-01129-CR

———————

**FEONA MASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282035**

## ORDER

On December 10, 2012, appellant, Feona Mason, filed a notice of appeal from the judgment of conviction in this case. Companion cases are currently pending in the Court of Appeals for the First District of Texas under case numbers 01-12-01138-CR, 01-12-01139-CR, 01-12-01140-CR, & 02-12-01141-CR, styled *Jerome Goody v. State of Texas,* and 01-12-01144-CR, 01-12-01145-CR, & 01-12-01146-CR, styled *Jay Scott Garrison v. State of Texas.* In addition, two other companion cases filed under our number 14-13-00019-CR and 14-13-00020-CR,

styled *Charles Davis v. State of Texas,* are ordered transferred to the Court of Appeals for the First District of Texas by separate order filed this date.

It is ORDERED that the appeal docketed under this court's appellate case number 14-12-01129-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Texas Government Code section 22.202(h), governing assignment of companion cases to the same court of appeals. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM